```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01110
    KIMBERLY A HIPPMAN
    BRIAN V HIPPMAN                         CHAPTER 13

                                            JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-1667      SSN XXX-XX-9831

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/23/07 and confirmed on 05/09/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14753.98 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 939.92 | .00 | 939.92 |
| ASSET ACCEPTANCE CORP | UNSECURED | 327.40 | .00 | 327.40 |
| CAPITAL ONE BANK | UNSECURED | 3991.98 | .00 | 3991.98 |
| CAPITAL ONE BANK | UNSECURED | 353.29 | .00 | 353.29 |
| CAPITAL ONE BANK | UNSECURED | 417.21 | .00 | 417.21 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MARIA SOSENKO | UNSECURED | 98.20 | .00 | 98.20 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 625.31 | .00 | 625.31 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 295.78 | .00 | 295.78 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 264.34 | .00 | 264.34 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 796.25 | .00 | 796.25 |
| ROUNDUP FUNDING LLC | UNSECURED | 1775.92 | .00 | 1775.92 |

```
            Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED    OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   939.92         .00     8945.68       .00     9885.60
PRINCIPAL PAID       939.92         .00     8945.68       .00     9885.60
INTEREST PAID           .00         .00         .00       .00         .00
TOTAL PAID           939.92         .00     8945.68       .00     9885.60
```

The Debtor's attorney, DAVID M SIEGEL                 , was allowed $   3000.00
and was paid $    426.00   direct and $   2574.00   through the plan.

The Trustee received $     563.80 .

Refunds to the Debtor totaled $    1730.58 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 03/18/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE